# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JASON LICHTENSTEIN,

    Plaintiff,

v.                                         Case No: 8:23-cv-1423-CEH-AAS

ANUVIA PLANT NUTRIENTS
CORPORATION and ANUVIA
PLANT CITY, LLC,

    Defendants.
_____/

## **O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on October 26, 2023 (Doc. 19), recommending that Mr. Lichtenstein's motion for entry of default judgment against Defendants Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC (collectively, Anuvia) (Doc. 18) be granted. The parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is now,

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 19) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's motion for default judgment (Doc. 18) is **GRANTED**.

(3) Under the WARN Act, damages are awarded to Plaintiff Jason Lichtenstein and against Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC, in the amount of $20,547.95 for Count I.

(4) Under FLA. STAT. § 448.08, damages are awarded to Plaintiff Jason Lichtenstein and against Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC, in the amount of $15,000.00 for Count II.

(5) The Clerk is directed to enter a Final Judgment in favor of Plaintiff Jason Lichtenstein and against Defendants Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC, in the total amount of $35,547.95 and to CLOSE this case.

(6) Plaintiff Jason Lichtenstein is entitled to attorney's fees and taxable costs against Defendants in an amount to be established by separate motion, if appropriate.

**DONE AND ORDERED** at Tampa, Florida on December 8, 2023.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record