UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON LICHTENSTEIN,

    Plaintiff,

v.                                          Case No: 8:23-cv-1423-CEH-AAS

ANUVIA PLANT NUTRIENTS
CORPORATION and
ANUVIA PLANT CITY, LLC,

    Defendants.
_____/

**O R D E R**

    This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on February 14, 2024 (Doc. 25). In the Report and Recommendation, Magistrate Judge Sansone recommends that Plaintiff's Verified Motion for Attorneys' Fees in the sum of $6,950.00 against Defendants Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC (collectively, the defendants) (Doc. 24), be granted. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).[1] No such objections were filed.

    Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

---

[1] The docket reflects that a copy of the Report and Recommendation was mailed to Defendants on February 15, 2024, but was returned to sender.

Accordingly, it is now,

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 25) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff's Verified Motion for Attorneys' Fees (Doc. 24) is **GRANTED**. Plaintiff's is awarded $6,950.00 in attorney's fees.

(3) The Clerk is directed to enter a judgment as to attorneys' fees in favor of Plaintiff Jason Lichtenstein and against Defendants Anuvia Plant Nutrients Corporation and Anuvia Plant City, LLC in the amount of $6,950.00, plus interest as allowed by law.

**DONE AND ORDERED** at Tampa, Florida on April 15, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record